**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Osa Alohaneke v. State of Texas

Appellate case number:   01-18-00102-CR

Trial court case number: 15-DCR-069234

Trial court:             400th District Court of Fort Bend County

Date motion filed:       December 10, 2019

Party filing motion:     Appellant

It is ordered that the motion for rehearing is **denied**.

Judge's signature: _____/s/ Julie Countiss_____
                    Acting for the Court

Panel consists of:  Justices Kelly, Hightower, and Countiss.

Date:  __December 31, 2019____